ELLIOT BERGMAN, an Infant, by LOUIS W. BERGMAN, His Guardian ad Litem, et al., Respondents, *v.* BENJAMIN FEITELOWITZ, Appellant.

Argued May 20, 1938; decided June 3, 1938.

*Frederick Mellor* and *Joseph F. Lenihan* for appellant.

*Isidor E. Schlesinger, Leon Singer* and *Samuel M. Goldberg* for respondents.

Order of the Appellate Division reversed and judgment of the Trial Term affirmed, with costs in this court and in the Appellate Division on the ground that the defendant was not as matter of law guilty of negligence. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.